The application is denied. There appears no error of law in the judgment complained of.

215 So.2d 129

**Greely FERRY et al.**

**v.**

**HARDWARE DEALERS FIRE INSUR- ANCE COMPANY.**

No. 49500.

Nov. 15, 1968.

In re: Greely Ferry, Mrs. Vance Dino, Sr., and Mrs. Jack Will applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 213 So.2d 164.

Writ refused. On the facts found by the Court of Appeal the judgment reached by it is correct.